IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

GREG BAKER,

Defendant.

CASE NO.: 4:20-cr-16-1

**O R D E R**

The Court **DENIES** Defendant Greg Baker's Motion Seeking Order for Jail Time Credit. (Doc. 1537). As set forth in the Government's Response, (doc. 1538), Defendant has not exhausted his administrative rights. Consequently, the Court lacks jurisdiction to consider his claim. Moreover, even if Baker had exhausted his administrative remedies, he would have to bring his request pursuant to 28 U.S.C. § 2241.

**SO ORDERED**, this 30th day of May, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA